IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOANN G. JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CV 17-134-BLG-TJC<br><br>**ORDER** |

The parties have filed a Stipulated Motion to Remand. (Doc. 18.) Accordingly,

**IT IS HEREBY ORDERED** that this case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge will:

(1) recontact Donna M. Veraldi, Ph.D., or obtain other medical expert evidence if she is unavailable;

(2) reweigh the medical opinion evidence;

(3) further evaluate whether Plaintiff medically improved; and

(4) issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 17th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge