IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOANN G. JONES,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>　　　　　　　Defendant. | CV 17-134-BLG-TJC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES** |

On April 17, 2018, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 19.) That same day, the Clerk of Court entered a separate judgment. (Doc. 20.)

Plaintiff has now filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"). (Doc. 21.) Plaintiff requests $7,399.30 in attorney's fees. The Commissioner does not oppose the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of EAJA Fees is GRANTED. The Commissioner shall pay $7,399.30 in fees under the EAJA.

DATED this 7th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge